IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 17-cv-00127-CMA-MEH

BMO HARRIS BANK N.A., a national banking association,

    Plaintiff,

v.

WILLIAM MARSH, and
LINDA MARSH,

    Defendants.

## ORDER ENTERING FINAL JUDGMENT

This matter came to be heard upon the Motion of Plaintiff BMO Harris Bank N.A. ("BMO Harris") for Default Judgment (Doc. #18) and the affidavits attached thereto. Defendants, William Marsh ("William") and Linda Marsh ("Linda," and together with William "Defendants") having failed to answer or otherwise plead, default having previously been entered on the docket, the Court having personal jurisdiction over this case and the parties thereto, and upon consideration of the evidence submitted to this Court, it appears that entry of Default Judgment is appropriate. Therefore, it is hereby, ORDERED, ADJUDGED AND DECREED, that:

(i) Judgment is entered in favor of BMO Harris and against William Marsh and Linda Marsh, jointly and severally, in the amount of $285,528.18 (consisting of the principal amount of $245,552.08, accrued and unpaid interest and fees in the amount of

$30,400.67, and awarded attorneys' fees and expenses in the amount of $9,575.43). Interest shall accrue on the principal amount thereof at the rate of $122.78 *per diem* after May 4, 2017, until paid in full.

(ii) This is a final order the terms of which are effective immediately.

DATED August 1, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge