**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00127-CMA-MEH

BMO HARRIS BANK N.A., a national banking association,

    Plaintiff,

v.

WILLIAM MARSH, and
LINDA MARSH

    Defendants

---

**DEFAULT JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Entering Final Judgment of Judge Christine M. Arguello entered on August 1, 2017, (Doc. No. 22) it is

ORDERED that Judgment is entered in favor of Plaintiff, BMO Harris Bank N.A. and against William Marsh and Linda Marsh, in the amount of $285,528.18, consisting of the principal amount of $245,552.08, accrued and unpaid interest and fees in the amount of $30,400.67, and awarded attorneys' fees and expenses in the amount of $9,575.43.  It is

FURTHER ORDERED that interest shall accrue on the principal amount at the rate of $122.78 *per diem* after May 4, 2017, until paid in full.

Dated: August 1, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. West

S. West
Deputy Clerk